## United States District Court for the Northern District of Illinois

Case Number: 08CV3941                    Assigned/Issued By: DAJ

Judge Name: LEFKOW                       Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                        Receipt #: 2926170

Date Payment Rec'd: 07/11/08               Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                           (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _07/11/08_ as to _DEF._

C:\wpwin80\docket\feeinfo.frm    03/14/05