AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED FOOD AND COMMERCIAL
WORKERS LOCAL 1546 HEALTH &
WELFARE FUND,

        Plaintiff,

v.

THE RODITYS, INC., an Illinois Corp.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV3941

ASSIGNED JUDGE: JUDGE LEFKOW
MAGISTRATE JUDGE VALDEZ
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

THE RODITYS, INC., an Illinois Corp.
c/o: James A. Regas, Registered Agent
    111 West Washington Street
    Suite 1525
    Chicago, IL 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*
(By) DEPUTY CLERK

July 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-11-2008 |
| NAME OF SERVER (PRINT) Bernard LeFlore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Michelle Ramirez secretary to James A. Rosas, who accepted on his behalf.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-2008            X Bernard LeFlore
            Date                    Signature of Server

                    200 W. Jackson Suite 1900
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.