## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

United Food And Commercial Workers Local 1546 Health & Welfare Fund,                    Plaintiff,

V.                                                          Case Number: No. 08CV3941

The Roditys, Inc., an Illinois Corp.                                                    Defendant.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

The Roditys, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: Peter G. Frezados | NAME |
| FIRM: Regas, Frezados & Dallas LLP | FIRM |
| STREET ADDRESS: 111 West Washington Street, Suite 1525 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 236-4400    (312) 236-1129 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 0878030 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES [X]    NO [ ] | MEMBER OF TRIAL BAR?    YES [ ]    NO [ ] |
| TRIAL ATTORNEY?    YES [X]    NO [ ] | TRIAL ATTORNEY?    YES [ ]    NO [ ] |
| E-MAIL: pgf@rfd-law.com | |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES [ ]    NO [ ] | MEMBER OF TRIAL BAR?    YES [ ]    NO [ ] |
| TRIAL ATTORNEY?    YES [ ]    NO [ ] | TRIAL ATTORNEY?    YES [ ]    NO [ ] |