## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| United Food And Commercial Workers Local 1546 Health & Welfare Fund, | ) ) ) |
| Plaintiff, | ) Case No. 08CV3941 ) Judge Lefkow ) Magistrate Judge Valdez Eda |
| v. | ) ) |
| The Roditys, Inc., an Illinois Corp., | ) ) |
| Defendant. | ) |

### NOTICE OF FILING

To:   Robert Greenberg, Esq.
      Asher, Gittler, Greenfield & D'Alba, Ltd.
      200 W. Jackson Blvd., Suite 1900
      Chicago, IL 60606

PLEASE TAKE NOTICE that on the 16th day of July 2008, we filed with the Clerk of the United States Northern District of Illinois Eastern Division by electronic filing, An Appearance, a copy of which is attached hereto and herewith served upon you.

Regas, Frezados & Dallas LLP

Peter G. Frezados (IL ARDC# 0878030)   By: _____
Regas, Frezados & Dallas LLP              One of the Attorneys for Defendant
111 W. Washington Street, Suite 1525
Chicago, IL 60602
(312) 236-4400

### CERTIFICATE OF SERVICE

The undersigned certifies that I served the foregoing Notice of Filing, together with the documents referred to herein, upon the persons stated above at the address indicated by depositing the same in the U.S. mail at 111 W. Washington Street, Chicago, Illinois, proper postage prepaid before 5:00 p.m. on July 16, 2008.

[✓]   Under penalty of perjury, I certify
      that the statements set forth
      forth herein are true and correct.     _____
                                                        Signature