IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, | ) ) ) ) | 08CV3941 |
| Plaintiff, | ) ) | JUDGE LEFKOW |
| v. | ) ) ) | MAGISTRATE JUDGE VALDEZ EDA |
| THE RODITYS, INC., an Illinois Corp., | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Robert B. Greenberg, Esq.
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

PLEASE TAKE NOTICE that on August 15, 2008, we filed with the United States District Court, Northern District of Illinois, Eastern Division, Defendant's, The Roditys, Inc., Answer to Complaint, Pursuant to Supreme Court Rule 222(d), copies of which are attached hereto and herewith served upon you.

REGAS, FREZADOS & DALLAS LLP

By: _____
One of the Attorneys for Defendant

Peter G. Frezados, Esq.; ARDC #0878030
REGAS, FREZADOS & DALLAS LLP
Attorneys for Defendant
111 W. Washington St., Suite 1525
Chicago, IL 60602
TEL: 312-236-4400
FAX: 312-236-1129

### CERTIFICATE OF SERVICE

The undersigned certifies that I served the foregoing Notice and aforementioned document upon the person stated above at the addresses indicated above by depositing the same in the U.S. mail at 111 W. Washington Street, Suite 1525, Chicago, Illinois 60602, proper postage prepaid before 5:00 p.m. on August 15, 2008.

[✓]   Under penalties provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____
Signature